**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6076**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOHN FORREST HAM, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Timothy M. Cain, District Judge.  (6:10-cr-00046-TMC-1)

Submitted:  October 19, 2023                          Decided:  October 24, 2023

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John Forrest Ham, Jr., Appellant Pro Se.  Kathleen Michelle Stoughton, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Forrest Ham, Jr., appeals the district court's order denying his motion for compassionate release. We have reviewed the record on appeal and conclude that the district court did not abuse its discretion in denying relief. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (providing standard). Accordingly, we affirm the district court's order. *United States v. Ham*, No. 6:10-cr-00046-TMC-1 (D.S.C. Jan. 12, 2023). Ham's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*